FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 18 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

Francois Johnson,

PLAINTIFF

Civil Case No. 3:17-cv-00127 DPM

Abernathy Motor Company
Carl Oliver – salesman

DEFENDANT(s)

This case assigned to District Judge __MARSHALL__
and to Magistrate Judge __KEARNEY__

### Plaintiff Civil Complaint

Plaintiff Francois Johnson, files this Complaint based upon VIOLATIONS OF THE FTC ACT, Sharing non-public personal information, Deceptive Representations Regarding Financial Privacy Rule, Presented No safe guards rules, Pretext provision, Deceptive use by sales department and Trade Practices, Deceptive use of down Payments in Dealing with Commerce, also plaintiff adds ( exh A ) Affidavit of Facts to Abernathy Motor Co, 1 thru 12) , (exh B ) Affidavit of Fact (statements 13 thru 20 ).

Plaintiff Wish is not hold Plaintiffs to the same stringent standards as that of a schooled attorney. See **Haines v. Kerner**, 404 U.S. 519.

### JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345; 15 U.S.C. §§ 45(a), 53(b), and 57b; and Section 626 of the Omnibus Act, as clarified by Section 511 of the Credit Card Act, and amended by Section 1097 of the Dodd-Frank Act, 12 U.S.C. § 5538.

Venue is proper in this District under 28 U.S.C. § 1391(b)(1)-(2) and (c)(1)-(2), and 15 U.S.C. § 53(b).

### STATEMENT OF FACTS

Affirms that on the stamped date below. April 3, 2017, I sent to Abernathy Motor Co, located at: 3235 E. Broadway Street, West, Memphis AR 72301, the following: On April 3, 2017, Plaintiff sent documents notarized and certified mail , tracking Number # 7015 0640 0003 2409  4306.

1. It is a fact Abernathy Motor that you did not give me a Privacy Notice.
2. It is a fact Abernathy Motor that before entering into the Retail Installment Contract (RISC) with you that you did not give me privacy notice.
3. It is a fact Abernathy Motor that you extended me a line of credit (through an Retail installment Contract), Using the Truth and Lending Act
4. It is a fact Abernathy Motor that you did not have to unlawfully share my Nonpublic information with Instant Auto Credit Corporation to secure approval for the financing of the vehicle.
5. It is a fact Abernathy Motor that before entering into the Retail Installment Contract (RISC) with you, you failed to provide a disclosure form of who your affiliates, and non- third party affiliates were.
6. It is a fact Abernathy Motor that after entering into the Retail Installment Contract (RISC) with you that you failed to comply with the Gramm –leach – Bliley Act documents, as expressed by the federal trade commission.
7. It is a fact Abernathy Motor that you violated my G.L.B Rights Act V. For Non-Compliance. Also known as "The Financial Modernization Act of 1999 as follows : by not providing: (A) Financial Privacy Rule, (B) the safeguards Rule, (C) the Pretexting Provisions.
8. It is a fact Abernathy Motor that you used deceptive practices to sell my non-public information.
9. It is a fact  Abernathy Motor that you unlawfully Shared my nonpublic information with retail buyer Instant Auto Credit Corporation.
10. It is a fact that you are in dishonor, by not responding to my letters requesting the debt validating process of my alleged debt sent (certified and notarized documents) .
11. It is a Fact Abernathy Motor, that I never provided you written Consent express or implied or written, giving you authorization to share my nonpublic information with Instant Auto Credit Corporation.
12.  It is a fact Abernathy Motor that you extended me a line of credit through a retail installment contract in connection with the purchase of a car for personal, family, or household use.

Plaintiff sent to defendant Abernathy Motor,  Affirms that on the stamped date below May 17, 2017 , I sent ABERNATHY  MOTOR COMPANY, the following:

13. Did you . ABERNATHY MOTOR COMPANY. (The Seller/Creditor) extend me a line of Consumer Credit Using the TILA (TRUTH-IN-LENDING DISCLOSURES ACT) to purchase the vehicle on CREDIT from you the seller?
14. DID you sell or transfer contract to the third party (INSTANT AUTO CREDIT CORPORATION.)?

15. Why was the TRUTH-IN- LENDING DISCLOSURES FORMS Regulation Z and Right to rescind FORMS NOT given to me at the signing of the contract?

16. Why I was not given the GLB Gramm-Leach-Baily ACT (The Financial Privacy Rule) forms, (AS) required by the "GLB Gramm-Leach-Baily ACT"? .

17. Why was Arkansas ' State and Federal laws not supplied and/or applied before selling this contract to the Holder?

18. (At the time of the Sell) did your company have finance licenses?

19. Did I pay $2.500 as a down payment?

20. After the down payment was deducted in the itemization amount, why was it included into the " Total Sale Price" changing the ( Total of payments ) from $22,622.60, increased to $25,122.00 ?

## VIOLATIONS OF THE FTC ACT

21. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

22. Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

## COUNT I

### Deceptive Representations Regarding Finacial Privacy Rule

23. (A) Defedant fail to provide Financial Privacy Rule, as required by .

## COUNT II

### Presented No safe guards rules

24. (B) Defendant Fail to provide The safeguards Rule

## COUNT III

### Pretext provision

25. (C) Defendant Fail to Provide the Pretexting Provisions.

## COUNT IV

### Deceptive use by sales department and Trade Practices

26. Upon entering into the Retail Installment Contract (RISC) with you (seller) that you used deceptive practices to sell my non-public private information. Defendant promotes " owner financing" , AND uses this to deceive plaintiff and not only transfer or assigns the contract as stated , AND WITHOUT MY EXPRESSED OR IMPLIED CONSENT shares plaintiff non-public private information, causing harm and injury through treats and harassment by the transferred / assigned party known as Instant Auto Credit Corporation..

## COUNT V

### Deceptive use of down Payments dealings in Commerce

27. In a document Plaintiff asked defendant(s) the following question which was notarized and sent by certified mail: Did I pay $2.500 as a down payment?

And

28.. After the down payment was deducted in the itemization amount, why was it included into the " Total Sale Price" changing the ( Total of payments ) from $22,622.60, increased to $25,122.00 ?

## COUNT VI

### Sharing Plaintiff non-public private information

29. Defendant (s) Abernathy Motor Company, and, Carl Oliver – salesman shared Plaintiff non-public information without plaintiff consent.

## PLAINIFF INJURY

Plaintiff have suffered and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act, the MARS Rule, and Regulation Z, the Gramm –leach – Bliley Act - . In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices. Plaintiff suffers Emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life.

## CONCLUSION

It is well settled that the Defendants has committed all ,and every act mentioned in this complaint. In violation of the Federal Trade Act, and in violations of Plaintiff rights.

## DAMAGES

(1) Plaintiff seeks damages for blatantly and knowingly misleading plaintiff, deceitfully in the amount of $1,000,000.00 for violations. Plaintiff seeks, compensatory and Punitive damages pursuant in the amount of $1,000,000.00, for compensatory (2) punitive damages for future emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and the amount punitive damages.

## REQUEST FOR RELIEF

Wherefore, Plaintiff request and (wish) is that to be granted an order to make Plaintiff whole curing , and pay punitive damages as stated above , and for a jury trial,

## PLAINTIFF SWORN STATEMENT

Plaintiff Affirms that all the facts/allegations are true and correct pursuant to the penalty of perjury.

I, Francois Johnson the living soul certify that on this ___18th___ day of May _____ 2017.

*[signature]*

Francois Johnson
4093 Aux Arms
Memphis, Tenn. 38128
**Phone 1-901-628-2916**