IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANCOIS JOHNSON                                                           PLAINTIFF

v.                                    No. 3:17-cv-127-DPM

ABERNATHY MOTOR COMPANY
and CARL OLIVER, Salesman, Abernathy
Motor Company                                                              DEFENDANTS

## ORDER

Johnson's motion to proceed *in forma pauperis*, № 1, is denied without prejudice. The Court needs more information on his income and expenses. Johnson says he has no income of any kind but supports two children. Where does he get money to support himself and them? Johnson must file a new motion to proceed IFP — with complete information about income and expenses — by 5 July 2017. This new information will help the Court decide if Johnson can afford the filing fee. If Johnson doesn't provide more information, the Court will dismiss his case without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2017