UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FRANCOIS JOHNSON**                                                                        **PLAINTIFF**

**v.**                      **Case No. 3:17-cv-00127-KGB**

**ABERNATHY MOTOR COMPANY,** *et al.*                              **DEFENDANTS**

## ORDER

On March 12, 2018, the Court entered an Order directing the parties to show cause within ten (10) days of the entry of that Order why the present action and *Johnson v. Instant Auto Credit Corp.*, Case No. 3:17-cv-00115-KGB should not be consolidated. The time period for objections to consolidation has elapsed. Per Federal Rule of Civil Procedure 42(a), the Court may consolidate any actions that involve a common question of law or fact. Therefore, this case is consolidated with and into *Johnson v. Instant Auto Credit Corp.*, Case No. 3:17-cv-00115-KGB. All parties are directed to make filings only in the *Instant Auto Credit Corp.* case going forward.

So ordered this the 30th day of March, 2018.

_____
Kristine G. Baker
United States District Judge